**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **GEORGE CHUKWUKA CHIMA,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:17-CV-2987-D |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| Respondent. ) | |

**ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed objections on April 26, 2019, and respondent filed a response to the objections on May 10, 2019. The undersigned district judge has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

May 30, 2019.

SIDNEY A. FITZWATER
SENIOR JUDGE